COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:        01-14-00317-CV

Style:        Pelco Construction Company v. Chambers County, Texas

Date motion filed[*]:    August 12, 2014

Type of motions:    Motions to Withdraw

Parties filing motions:    Appellant's counsel Frederick L. McGuire and Etta Davidson

Document to be filed:

Is appeal accelerated?    No

Ordered that motions are:

    ☑ Granted

        If document is to be filed, document due:

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

    **The motions to withdraw by Frederick L. McGuire and Etta Davidson as counsel for appellant is granted because attorney Daryl L. Moore previously filed a notice of appearance as lead counsel for appellant, construed as a motion to substitute.** *See* **TEX. R. APP. P. 6.5(d).**

Judge's signature: /s/ <u>Laura C. Higley</u>
        ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: August 19, 2014